

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LARRY JOE MORGAN, | § | |
| TDCJ NO. 1847262, | | No. 08-18-00055-CV |
| | § | |
| Appellant, | | Appeal from the |
| v. | § | |
| | | 83rd District Court |
| JAMES A. WHITFIELD, | § | |
| SERGIO RODRIGUEZ, AND | | of Pecos County, Texas |
| VICENTE HERNANDEZ, | § | |
| | | (TC# P-7504-83CV) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant is indigent for purposes of appeal, this Court makes no other order with respect thereto. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF SEPTEMBER, 2019.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.
McClure, C.J., (Not Participating)